IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   05-cv-00547-WDM

HARLEYSVILLE LAKE STATES INSURANCE COMPANY, a Michigan corporation,

    Plaintiff,

v.

JOSEPH GUY ROMANO, Louisiana resident,
KEVIN PAUL, Colorado resident,
DEBORAH ANN TURTON, Louisiana resident, and
UNITED SERVICES AUTOMOBILE ASSOCIATION,

    Defendants.

_____

### NOTICE OF DISMISSAL OF PARTICULAR DEFENDANTS
_____

The Court takes judicial notice of Plaintiff's Notice of Dismissal of defendants Deborah Ann Turton and United Services Automobile Association in accordance with Fed. R. Civ. 41(a)(1)(i). Accordingly, defendants Deborah Ann Turton and United Services Automobile Association are dismissed without prejudice.

DATED at Denver, Colorado, on July 15, 2005.

                                                  BY THE COURT:

                                                /s/ Walker D. Miller
                                                United States District Judge

PDF FINAL