IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-00547-WDM-CBS

HARLEYSVILLE LAKE STATES INSURANCE COMPANY,

    Plaintiff,

v.

JOSEPH GUY ROMANO, and
KEVIN PAUL,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

It is hereby **ORDERED** that the Plaintiff's Motion for Withdrawal of Guy R. Cerasoli as Counsel for Plaintiff Harleysville Lake States Insurance Company (Filed June 06, 2006, *doc. no. 39*) is **GRANTED.** Attorney Guy R. Cerasoli is relieved of any further representation of Plaintiff in the above captioned matter.

Ronald H. Nemirow shall hereinafter serve in Mr. Cerasoli's place as an attorney of record for Plaintiff Harleysville Lake States Insurance Company in this matter.

**DATED:**   June 7, 2006