IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 05-cv-00547-WDM-CBS

HARLEYSVILLE LAKE STATES INSURANCE COMPANY,

    Plaintiff,

v.

KEVIN PAUL,

    Defendant.

## NOTICE OF DISMISSAL

The court takes judicial notice that the parties have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the complaint and all counterclaims are dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

DATED at Denver, Colorado, on September 12, 2006.

                              BY THE COURT:

                              s/ Walker D. Miller
                              United States District Judge

PDF FINAL